**JS - 6/ENTER**

FILED
NOV - 1 2010
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION AT SANTA ANA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| RUBEN R. ROSSEL,<br><br>    Plaintiff,<br><br>    v.<br><br>G. GREENFIELD, et al.,<br><br>    Defendants. | Case No. CV 09-9321-AG (MLG)<br><br>JUDGMENT |

IT IS ADJUDGED that the action herein is dismissed without prejudice.

Dated: October 31, 2010

_____
Andrew J. Guilford
United States District Judge



ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
NOV - 2 2010
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY